**David PFEIFFER, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART,* Commissioner of the Social Security Administration, Defendant–Appellee.**

**No. 01–35308.**

**D.C. No. CV–99–01526–HA.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002 **.

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

### MEMORANDUM ***

David Pfeiffer appeals the district court's summary judgment upholding the Commissioner of the Social Security Administration's decision denying him disability insurance benefits. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 42 U.S.C. § 405(g). We review de novo the district court's decision, and we review for substantial evidence and legal error the Administrative Law Judge's ("ALJ") decision. *Tackett v. Apfel,* 180 F.3d 1094, 1097 (9th Cir.1999).

We conclude that substantial evidence supports the ALJ's finding that Pfeiffer was not disabled. *See id.* at 1098.

The ALJ's finding that Pfeiffer was not credible was consistent with an examining physician's opinion that Pfeiffer embellished his symptoms. *See Lester v. Chater,* 81 F.3d 821, 834 (9th Cir.1995).

The ALJ properly concluded that Pfeiffer's testimony regarding his daily activities was inconsistent with his allegation that he was disabled. *See Fair v. Bowen,* 885 F.2d 597, 603 (9th Cir.1989).

Pfeiffer's remaining contentions lack merit.

AFFIRMED.

---

* Jo Anne B. Barnhart is substituted for her predecessor as Commissioner of the Social Security Administration, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.